IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Lydell Holt | Case No. 4:25-cr-0028 |

Order to Continue Trial in the Interest of Justice

Before the Court is Defendant's Motion to Continue Trial [Doc. 28] to the Court's March 2027 jury trial term. Defendant was indicted on or about September 11, 2025. The Defendant's arraignment was held on or about September 17, 2026. A pretrial conference was held October 27, 2026 at which time the case was set for the December 2026 trial term. A second pretrial conference was held November 5, 2026 at which time the Defendant requested a continuance, seeking additional time to review discovery and plea agreement.

Defendant waives any rights under the Speedy Trial Act or the United States Constitution related to the continuance of the trial to the March 2027 trial term.

Defendant has represented that additional time is needed to review discovery and prepare for future hearings. Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Defendant's Motion to Continue Trial [Doc. 28] is GRANTED, and it is HEREBY ORDERED that this case be continued until the March 2027 term of Court for the Columbus Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial act, 18 U.S.C. § 3161.

SO ORDERED, this 12th day of November, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA